**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

**EASTERN DISTRICT OF VIRGINIA**

Case number (if known): _____

Chapter you are filing under:

- [x] Chapter 7
- [ ] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13

- [ ] Check if this is an amended filing

Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy

02/20

The bankruptcy forms use you and Debtor 1 to refer to a debtor filing alone. A married couple may file a bankruptcy case together--called a joint case--and in joint cases, these forms use you to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be yes if either debtor owns a car. When information is needed about the spouses separately, the form uses Debtor 1 and Debtor 2 to distinguish between them. In joint cases, one of the spouses must report information as Debtor 1 and the other as Debtor 2. The same person must be Debtor 1 in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Identify Yourself |
|---|---|

| | | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|---|
| 1. | **Your full name**<br><br>Write the name that is on your government-issued picture identification (for example, your driver's license or passport).<br><br>Bring your picture identification to your meeting with the trustee. | **Roya**<br>First Name<br><br>_____<br>Middle Name<br><br>**Danaei**<br>Last Name<br><br>_____<br>Suffix (Sr., Jr., II, III) | _____<br>First Name<br><br>_____<br>Middle Name<br><br>_____<br>Last Name<br><br>_____<br>Suffix (Sr., Jr., II, III) |
| 2. | **All other names you have used in the last 8 years**<br><br>Include your married or maiden names. | **Roya**<br>First Name<br><br>_____<br>Middle Name<br><br>**Sasannejad**<br>Last Name | _____<br>First Name<br><br>_____<br>Middle Name<br><br>_____<br>Last Name |
| 3. | **Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx – xx – _3_ _2_ _7_ _2_<br><br>OR<br><br>9xx – xx – ____ ____ ____ ____ | xxx – xx – ____ ____ ____ ____<br><br>OR<br><br>9xx – xx – ____ ____ ____ ____ |
| 4. | **Any business names and Employer Identification Numbers (EIN) you have used in the last 8 years**<br><br>Include trade names and doing business as names | [x] I have not used any business names or EINs.<br><br>_____<br>Business name<br><br>_____<br>Business name<br><br>_____<br>Business name | [ ] I have not used any business names or EINs.<br><br>_____<br>Business name<br><br>_____<br>Business name<br><br>_____<br>Business name |

Debtor 1    **Roya Danaei** _____    Case number (if known) _____

| | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
|---|---|---|

___ ___ – ___ ___ – ___ ___ ___ ___ ___ ___ ___      ___ ___ – ___ ___ – ___ ___ ___ ___ ___ ___ ___
EIN                                                 EIN

___ ___ – ___ ___ – ___ ___ ___ ___ ___ ___ ___      ___ ___ – ___ ___ – ___ ___ ___ ___ ___ ___ ___
EIN                                                 EIN

**5.**   **Where you live**

     **6636 Byrns Place** _____    **If Debtor 2 lives at a different address:**
     Number    Street                                    Number    Street

_____      _____

**McLean**      **VA**    **22101**      _____
City            State    ZIP Code          City            State    ZIP Code

_____      _____
County                                      County

**If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.      **If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to you at this mailing address.

_____      _____
Number    Street                                    Number    Street

_____      _____
P.O. Box                                       P.O. Box

_____      _____
City                State   ZIP Code         City               State   ZIP Code

**6.**   **Why you are choosing this district to file for bankruptcy**

     *Check one:*                                          *Check one:*

     ☒ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.      ☐ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

     ☐ I have another reason. Explain. (See 28 U.S.C. § 1408.)      ☐ I have another reason. Explain. (See 28 U.S.C. § 1408.)

---

**Part 2:**    **Tell the Court About Your Bankruptcy Case**

**7.**   **The chapter of the Bankruptcy Code you are choosing to file under**

     *Check one:* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy* (Form 2010)). Also, go to the top of page 1 and check the appropriate box.

     ☒ Chapter 7

     ☐ Chapter 11

     ☐ Chapter 12

     ☐ Chapter 13

Debtor 1    **Roya Danaei** _____    Case number (if known) _____

| 8. | How you will pay the fee | ☑ | **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address. |

☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the Application for Individuals to Pay The Filing Fee in Installments (Official Form 103A).

☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the Application to Have the Chapter 7 Filing Fee Waived (Official Form 103B) and file it with your petition.

| 9. | Have you filed for bankruptcy within the last 8 years? | ☑ No |
|---|---|---|
| | | ☐ Yes. |

District _____    When _____    Case number _____
                                     MM / DD / YYYY

District _____    When _____    Case number _____
                                     MM / DD / YYYY

District _____    When _____    Case number _____
                                     MM / DD / YYYY

| 10. | Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate? | ☑ No |
|---|---|---|
| | | ☐ Yes. |

Debtor _____    Relationship to you _____

District _____    When _____    Case number, _____
                                     MM / DD / YYYY        if known

Debtor _____    Relationship to you _____

District _____    When _____    Case number, _____
                                     MM / DD / YYYY        if known

| 11. | Do you rent your residence? | ☑ No.  Go to line 12. |
|---|---|---|
| | | ☐ Yes.  Has your landlord obtained an eviction judgment against you? |

☐ No.  Go to line 12.

☐ Yes.  Fill out Initial Statement About an Eviction Judgment Against You (Form 101A) and file it as part of this bankruptcy petition.

Debtor 1    **Roya Danaei** _____    Case number (if known) _____

| **Part 3:** | **Report About Any Businesses You Own as a Sole Proprietor** |

**12. Are you a sole proprietor of any full- or part-time business?**

☑ No.  Go to Part 4.
☐ Yes.  Name and location of business

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

_____
Name of business, if any

_____
Number      Street

_____

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

_____    _____    _____
City                          State         ZIP Code

*Check the appropriate box to describe your business:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ None of the above

**13. Are you filing under Chapter 11 of the Bankruptcy Code and are you a *small business debtor*?**

For a definition of small business debtor, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines.*  If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☑ No.  I am not filing under Chapter 11.

☐ No.  I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes.  I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I do not choose to proceed under Subchapter V of Chapter 11.

☐ Yes.  I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I choose to proceed under Subchapter V of Chapter 11.

| **Part 4:** | **Report If You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention** |

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety?  Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

☑ No
☐ Yes.  What is the hazard?

_____

If immediate attention is needed, why is it needed?

_____

Where is the property? _____
                        Number      Street

_____

_____    _____    _____
City                          State         ZIP Code

| Debtor 1 | **Roya Danaei** | | Case number (if known) | |

---

| **Part 5:** | **Explain Your Efforts to Receive a Briefing About Credit Counseling** |

**15. Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**

*You must check one:*

☑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

  ☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

  ☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

  ☐ **Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**

*You must check one:*

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

  ☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

  ☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

  ☐ **Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

Debtor 1    **Roya Danaei**                                      Case number (if known) _____

| **Part 6:** | **Answer These Questions for Reporting Purposes** |

**16.** What kind of debts do you have?

16a.  **Are your debts primarily consumer debts?**  *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

☒ No.  Go to line 16b.
☐ Yes.  Go to line 17.

16b.  **Are your debts primarily business debts?**  *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No.  Go to line 16c.
☒ Yes.  Go to line 17.

16c.  State the type of debts you owe that are not consumer or business debts.

_____

**17.** Are you filing under Chapter 7?

☐ No.  I am not filing under Chapter 7.  Go to line 18.

Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?

☒ Yes.  I am filing under Chapter 7.  Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

☒ No
☐ Yes

**18.** How many creditors do you estimate that you owe?

☒ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**19.** How much do you estimate your assets to be worth?

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☒ $500,001-$1 million

☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

**20.** How much do you estimate your liabilities to be?

☐ $0-$50,000
☐ $50,001-$100,000
☒ $100,001-$500,000
☐ $500,001-$1 million

☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

| **Part 7:** | **Sign Below** |

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11, 12, or 13 of title 11, United States Code.  I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

X **/s/ Roya Danaei**_____          X _____
Roya Danaei, Debtor 1                                Signature of Debtor 2

Executed on **04/14/2023**____                       Executed on _____
MM / DD / YYYY                                       MM / DD / YYYY

Debtor 1    **Roya Danaei** _____    Case number (if known) _____

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible.  I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

**X** **/s/ John P. Forest, II** _____    Date **04/14/2023** _____
Signature of Attorney for Debtor                                                      MM / DD / YYYY

**John P. Forest, II** _____
Printed name

**Law Office of John P. Forest, II** _____
Firm Name

**11350 Random Hills Rd., Suite 700** _____
Number          Street

_____

_____

**Fairfax** _____    **VA**    **22030** _____
City                                                      State        ZIP Code

Contact phone    **(703) 691-4940** _____    Email address **j.forest@stahlzelloe.com** _____

**33089** _____
Bar number                                            State

**Fill in this information to identify your case and this filing:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Roya** | | **Danaei** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **EASTERN DISTRICT OF VIRGINIA**

Case number
(if known) _____

☐ Check if this is an
amended filing

Official Form 106A/B

## Schedule A/B: Property

12/15

In each category, separately list and describe items.  List an asset only once.  If an asset fits in more than one category, list the asset in the category where you think it fits best.  Be as complete and accurate as possible.  If two married people are filing together, both are equally responsible for supplying correct information.  If more space is needed, attach a separate sheet to this form.  On the top of any additional pages, write your name and case number (if known).  Answer every question.

### Part 1:   Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1.  **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

☐ No.  Go to Part 2.
☑ Yes.  Where is the property?

| 1.1. | | |
|---|---|---|
| **6636 Byrns Place** | | |
| Street address, if available, or other description | | |
| | | |
| **McLean**       **VA**   **22102** | | |
| City                State   ZIP Code | | |
| | | |
| **Fairfax** | | |
| County | | |

**6636 Byrns Place, McLean, VA 22102
Value listed is Fairfax County Real
Estate Tax Assessment for 2022**

**What is the property?**
Check all that apply.

☑ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?**
Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

Other information you wish to add about this item, such as local
property identification number: _____

Do not deduct secured claims or exemptions.  Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$920,400.00** | **$920,400.00** |

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**Tenants by the Entireties**

☐ Check if this is community property
(see instructions)

2.  **Add the dollar value of the portion you own for all of your entries from Part 1, including any
entries for pages you have attached for Part 1.  Write that number here........................................ ➜**

| |
|---|
| **$920,400.00** |

Debtor 1    **Roya Danaei**                                    Case number (if known) _____

---

## Part 2:    Describe Your Vehicles

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?**  Include any vehicles you own that someone else drives.  If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3.    **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

☐ No
☑ Yes

| 3.1. | | Who has an interest in the property? Check one. | Do not deduct secured claims or exemptions.  Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|---|
| Make: | **Chevrolet** | ☑ Debtor 1 only | |
| Model: | **Malibu** | ☐ Debtor 2 only | |
| Year: | **2013** | ☐ Debtor 1 and Debtor 2 only | **Current value of the entire property?** / **Current value of the portion you own?** |
| Approximate mileage: | **51,000** | ☐ At least one of the debtors and another | **$4,200.00**          **$4,200.00** |

Other information:

**2013 Chevrolet Malibu (approx. 51,000 miles)**                ☐ **Check if this is community property** (see instructions)

| 3.2. | | Who has an interest in the property? Check one. | Do not deduct secured claims or exemptions.  Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|---|
| Make: | **GMC** | ☑ Debtor 1 only | |
| Model: | **Terrain** | ☐ Debtor 2 only | |
| Year: | **2013** | ☐ Debtor 1 and Debtor 2 only | **Current value of the entire property?** / **Current value of the portion you own?** |
| Approximate mileage: | **87,000** | ☐ At least one of the debtors and another | **$4,197.00**          **$4,197.00** |

Other information:

**2013 GMC Terrain (approx. 87,000 miles)**                ☐ **Check if this is community property** (see instructions)

4.    **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
     *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

☑ No
☐ Yes

5.    **Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here.........................................................** ➔ | **$8,397.00** |

---

## Part 3:    Describe Your Personal and Household Items

**Do you own or have any legal or equitable interest in any of the following items?**          Current value of the portion you own? Do not deduct secured claims or exemptions.

6.    **Household goods and furnishings**
     *Examples:* Major appliances, furniture, linens, china, kitchenware

☐ No
☑ Yes.  Describe..... | **Miscellaneous household furnishings** |          **$7,500.00**

7.    **Electronics**
     *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games

☐ No
☑ Yes.  Describe..... | **Laptops, Smart TV, cell phones, printer** |          **$3,600.00**

Debtor 1    **Roya Danaei** _____    Case number (if known) _____

8. **Collectibles of value**
   *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects;
   stamp, coin, or baseball card collections; other collections, memorabilia, collectibles

   ☑ No
   ☐ Yes. Describe..... _____    _____

9. **Equipment for sports and hobbies**
   *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis;
   canoes and kayaks; carpentry tools; musical instruments

   ☐ No
   ☑ Yes. Describe.....   **Skiing equipment**    **$980.00**

10. **Firearms**
    *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment

    ☑ No
    ☐ Yes. Describe..... _____    _____

11. **Clothes**
    *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories

    ☐ No
    ☑ Yes. Describe.....   **Miscellaneous clothing**    **$1,000.00**

12. **Jewelry**
    *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems,
    gold, silver

    ☐ No
    ☑ Yes. Describe.....   **Miscellaneous jewelry, wedding rings, wedding gifts**    **$5,600.00**

13. **Non-farm animals**
    *Examples:* Dogs, cats, birds, horses

    ☑ No
    ☐ Yes. Describe..... _____    _____

14. **Any other personal and household items you did not already list, including any health aids you did not list**

    ☑ No
    ☐ Yes. Give specific
    information............ _____    _____

15. **Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write the number here**................................................. ➜    **$18,680.00**

---

**Part 4:    Describe Your Financial Assets**

Do you own or have any legal or equitable interest in any of the following?

Current value of the portion you own?
Do not deduct secured claims or exemptions.

16. **Cash**
    *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

    ☑ No
    ☐ Yes.......................................................................................................... Cash: .........................    _____

| Debtor 1 | **Roya Danaei** | Case number (if known) | |
|---|---|---|---|

**17. Deposits of money**

*Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions.  If you have multiple accounts with the same institution, list each.

☐ No
☑ Yes............................          Institution name:

| 17.1. | Checking account: | **Checking account @ Capital One** | **$3,882.00** |
|---|---|---|---|
| 17.2. | Other financial account: | **Other financial account/PayPal Account Linked to Capital One Account** | |
| | | **Amount listed for account value is duplicative of the balance shown for Capital One** | **$3,882.00** |
| 17.3. | Other financial account: | **Other financial account/Pay Pal Account linked to account held by Darioush Danaei** | **$447.00** |

**18. Bonds, mutual funds, or publicly traded stocks**

*Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

☑ No
☐ Yes............................    Institution or issuer name:

**19. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

☐ No
☑ Yes.  Give specific information about them..........................    Name of entity:                                    % of ownership:

**Membership interest in CraveRight LLC**        **100%**        **$1,000.00**

**20. Government and corporate bonds and other negotiable and non-negotiable instruments**

*Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
*Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

☑ No
☐ Yes.  Give specific information about them..........................    Issuer name:

**21. Retirement or pension accounts**

*Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

☐ No
☑ Yes.  List each account separately.    Type of account:      Institution name:

IRA:        **IRA with Alerus**        **$34,372.00**

**22. Security deposits and prepayments**

Your share of all unused deposits you have made so that you may continue service or use from a company

*Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others

☑ No
☐ Yes............................          Institution name or individual:

**23. Annuities**  (A contract for a specific periodic payment of money to you, either for life or for a number of years)

☑ No
☐ Yes............................    Issuer name and description:

Debtor 1    **Roya Danaei**                                                    Case number (if known) _____

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
    26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

    ☑ No
    ☐ Yes............................ Institution name and description.  Separately file the records of any interests.  11 U.S.C. § 521(c)

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

    ☑ No
    ☐ Yes.  Give specific
       information about them

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property;**
    *Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements

    ☑ No
    ☐ Yes.  Give specific
       information about them

27. **Licenses, franchises, and other general intangibles**
    *Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

    ☑ No
    ☐ Yes.  Give specific
       information about them

**Money or property owed to you?**

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

28. **Tax refunds owed to you**

    ☑ No
    ☐ Yes.  Give specific information
       about them, including whether
       you already filed the returns
       and the tax years......................

    Federal: _____
    State: _____
    Local: _____

29. **Family support**
    *Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

    ☑ No
    ☐ Yes.  Give specific information

    Alimony: _____
    Maintenance: _____
    Support: _____
    Divorce settlement: _____
    Property settlement: _____

30. **Other amounts someone owes you**
    *Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers'
              compensation, Social Security benefits; unpaid loans you made to someone else

    ☑ No
    ☐ Yes.  Give specific information

Debtor 1    **Roya Danaei**                                    Case number (if known)

**31.  Interests in insurance policies**
*Examples:*  Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

☑ No
☐ Yes.  Name the insurance
    company of each policy
    and list its value................   Company name:              Beneficiary:              Surrender or refund value:

**32.  Any interest in property that is due you from someone who has died**
If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently
entitled to receive property because someone has died

☑ No
☐ Yes.  Give specific information

**33.  Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
*Examples:*  Accidents, employment disputes, insurance claims, or rights to sue

☑ No
☐ Yes.  Describe each claim........

**34.  Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and
rights to set off claims**

☑ No
☐ Yes.  Describe each claim........

**35.  Any financial assets you did not already list**

☑ No
☐ Yes.  Give specific information

**36.  Add the dollar value of all of your entries from Part 4, including any entries for pages you have
attached for Part 4.  Write that number here..................................................................**  ➔  | $43,583.00 |

| **Part 5:** | **Describe Any Business-Related Property You Own or Have an Interest In.  List any real estate in Part 1.** |

**37.  Do you own or have any legal or equitable interest in any business-related property?**

☑ No.  Go to Part 6.
☐ Yes.  Go to line 38.

Current value of the
portion you own?
Do not deduct secured
claims or exemptions.

**38.  Accounts receivable or commissions you already earned**

☑ No
☐ Yes.  Describe..

**39.  Office equipment, furnishings, and supplies**
*Examples:*  Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones,
            desks, chairs, electronic devices

☑ No
☐ Yes.  Describe..

**40.  Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**

☑ No
☐ Yes.  Describe..

Debtor 1    **Roya Danaei**                                          Case number (if known) _____

**41. Inventory**

☑ No

☐ Yes.  Describe..   [_____]   _____

**42. Interests in partnerships or joint ventures**

☑ No

☐ Yes.  Describe.....   Name of entity:                              % of ownership:

**43. Customer lists, mailing lists, or other compilations**

☑ No

☐ Yes.  **Do your lists include personally identifiable information** (as defined in 11 U.S.C. § 101(41A))?

☐ No

☐ Yes.  Describe....   [_____]   _____

**44. Any business-related property you did not already list**

☑ No

☐ Yes.  Give specific information.

**45. Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached for Part 5.  Write that number here.........................................................................➔**    ⎡ _____ **$0.00** ⎤

**Part 6:    Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.**
**If you own or have an interest in farmland, list it in Part 1.**

**46. Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

☑ No.  Go to Part 7.

☐ Yes.  Go to line 47.

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

**47. Farm animals**
*Examples:* Livestock, poultry, farm-raised fish

☑ No

☐ Yes....   [_____]   _____

**48. Crops--either growing or harvested**

☑ No

☐ Yes.  Give specific information...............   [_____]   _____

**49. Farm and fishing equipment, implements, machinery, fixtures, and tools of trade**

☑ No

☐ Yes....   [_____]   _____

**50. Farm and fishing supplies, chemicals, and feed**

☑ No

☐ Yes....   [_____]   _____

**51. Any farm- and commercial fishing-related property you did not already list**

☑ No

☐ Yes.  Give specific information...............   [_____]   _____

Debtor 1    **Roya Danaei**                                          Case number (if known) _____

52. Add the dollar value of all of your entries from Part 6, including any entries for pages you have
    attached for Part 6.  Write that number here...............................................................  ➔   | _____ $0.00 |

**Part 7:   Describe All Property You Own or Have an Interest in That You Did Not List Above**

53. **Do you have other property of any kind you did not already list?**
    *Examples:* Season tickets, country club membership

    ☑ No
    ☐ Yes.  Give specific information.

54. Add the dollar value of all of your entries from Part 7.  Write that number here.............................  ➔   | _____ $0.00 |

**Part 8:   List the Totals of Each Part of this Form**

55. **Part 1: Total real estate, line 2**..................................................................................  ➔   $920,400.00

56. **Part 2: Total vehicles, line 5**              _____ $8,397.00

57. **Part 3: Total personal and household items, line 15**       _____ $18,680.00

58. **Part 4: Total financial assets, line 36**      _____ $43,583.00

59. **Part 5: Total business-related property, line 45**        _____ $0.00

60. **Part 6: Total farm- and fishing-related property, line 52**    _____ $0.00

61. **Part 7: Total other property not listed, line 54**       +  _____ $0.00

62. **Total personal property.**   Add lines 56 through 61.................   | _____ $70,660.00 |   Copy personal
                                                                              property total  ➔   +  _____ $70,660.00

63. **Total of all property on Schedule A/B.**   Add line 55 + line 62...........................................................   | $991,060.00 |

**Fill in this information to identify your case:**

| | | | | |
|---|---|---|---|---|
| Debtor 1 | <u>**Roya**</u> | | <u>**Danaei**</u> | |
| | First Name | Middle Name | Last Name | |
| Debtor 2 | | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name | |
| United States Bankruptcy Court for the: | <u>**EASTERN DISTRICT OF VIRGINIA**</u> | | | |
| Case number (if known) | <u>_____</u> | | | |

☐ Check if this is an amended filing

## Official Form 106C

# Schedule C: The Property You Claim as Exempt                                04/19

Be as complete and accurate as possible.  If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt.  If more space is needed, fill out and attach to this page as many copies of   *Part 2: Additional Page*  as necessary.  On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim.  One way of doing so is to state a specific dollar amount as exempt.  Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit.  Some exemptions--such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds--may be unlimited in dollar amount.  However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

| Part 1: | Identify the Property You Claim as Exempt |
|---|---|

1. **Which set of exemptions are you claiming?**     *Check one only, even if your spouse is filing with you.*

   ☒ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)
   ☐ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. **For any property you list on** *Schedule A/B* **that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description:<br>**6636 Byrns Place, McLean, VA 22102**<br>**Value listed is Fairfax County Real Estate Tax Assessment for 2022**<br>Line from *Schedule A/B*:  **1.1** | **$920,400.00** | ☒ **$920,400.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(b)(3)(B)** |
| Brief description:<br>**2013 Chevrolet Malibu (approx. 51,000 miles)**<br>**(1st exemption claimed for this asset)**<br>Line from *Schedule A/B*:  **3.1** | **$4,200.00** | ☒ **$1.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Va. Code Ann. § 34-4** |
| Brief description:<br>**2013 Chevrolet Malibu (approx. 51,000 miles)**<br>**(2nd exemption claimed for this asset)**<br>Line from *Schedule A/B*:  **3.1** | **$4,200.00** | ☒ **$2,500.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Va. Code Ann. § 34-26(8)** |

3. **Are you claiming a homestead exemption of more than $170,350?**
   (Subject to adjustment on 4/01/22 and every 3 years after that for cases filed on or after the date of adjustment.)

   ☒ No
   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?
      ☐ No
      ☐ Yes

Debtor 1    **Roya Danaei**           Case number (if known) _____

| Part 2: | Additional Page |
|---|---|

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |
| Brief description:<br>**2013 GMC Terrain (approx. 87,000 miles)**<br>**(1st exemption claimed for this asset)**<br>Line from *Schedule A/B*: __3.2__ | $4,197.00 | ☑ $1.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Va. Code Ann. § 34-4 |
| Brief description:<br>**2013 GMC Terrain (approx. 87,000 miles)**<br>**(2nd exemption claimed for this asset)**<br>Line from *Schedule A/B*: __3.2__ | $4,197.00 | ☑ $2,500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Va. Code Ann. § 34-26(8) |
| Brief description:<br>**Miscellaneous household furnishings**<br>Line from *Schedule A/B*: __6__ | $7,500.00 | ☑ $7,500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(b)(3)(B) |
| Brief description:<br>**Laptops, Smart TV, cell phones, printer**<br>Line from *Schedule A/B*: __7__ | $3,600.00 | ☑ $3,600.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(b)(3)(B) |
| Brief description:<br>**Miscellaneous clothing**<br>Line from *Schedule A/B*: __11__ | $1,000.00 | ☑ $1,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Va. Code Ann. § 34-26(4) |
| Brief description:<br>**Miscellaneous jewelry, wedding rings, wedding gifts**<br>**(1st exemption claimed for this asset)**<br>Line from *Schedule A/B*: __12__ | $5,600.00 | ☑ $5,600.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Va. Code Ann. § 34-26(1a) |
| Brief description:<br>**Miscellaneous jewelry, wedding rings, wedding gifts**<br>**(2nd exemption claimed for this asset)**<br>Line from *Schedule A/B*: __12__ | $5,600.00 | ☑ $1.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Va. Code Ann. § 34-4 |
| Brief description:<br>**Checking account @ Capital One**<br>Line from *Schedule A/B*: __17.1__ | $3,882.00 | ☑ $1.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Va. Code Ann. § 34-4 |
| Brief description:<br>**Other financial account/PayPal Account Linked to Capital One Account**<br><br>**Amount listed for account value is duplicative of the balance shown for Capital One**<br>Line from *Schedule A/B*: __17.2__ | $3,882.00 | ☑ $1.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Va. Code Ann. § 34-4 |

Debtor 1    **Roya Danaei** _____    Case number (if known) _____

| **Part 2:** | **Additional Page** |
| --- | --- |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
| --- | --- | --- | --- |
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |
| Brief description: **Other financial account/Pay Pal Account linked to account held by Darioush Danaei** Line from *Schedule A/B*: **17.3** | **$447.00** | ☑ **$1.00** ☐ 100% of fair market value, up to any applicable statutory limit | **Va. Code Ann. § 34-4** |
| Brief description: **Membership interest in CraveRight LLC** Line from *Schedule A/B*: **19** | **$1,000.00** | ☑ **$1.00** ☐ 100% of fair market value, up to any applicable statutory limit | **Va. Code Ann. § 34-4** |
| Brief description: **IRA with Alerus** Line from *Schedule A/B*: **21** | **$34,372.00** | ☑ **$34,372.00** ☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(n)** |

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | <u>Roya</u> | | <u>Danaei</u> |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: <u>EASTERN DISTRICT OF VIRGINIA</u>

Case number
(if known) _____

☐ Check if this is an
amended filing

<u>Official Form 106D</u>

## Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying
correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form.
On the top of any additional pages, write your name and case number (if known).

1. **Do any creditors have claims secured by your property?**
   ☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.
   ☑ Yes. Fill in all of the information below.

**Part 1:** | **List All Secured Claims**

2. **List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | Column A Amount of claim Do not deduct the value of collateral | Column B Value of collateral that supports this claim | Column C Unsecured portion If any |
|---|---|---|---|

| 2.1 | | | | |
|---|---|---|---|---|

**Caliber Home Loans**
Creditor's name
**P.O. Box 619063**
Number     Street

**Describe the property that secures the claim:**

**6636 Byrns Place, McLean, VA 22102**

| | $0.00 | $920,400.00 | |
|---|---|---|---|

_____

| **Dallas** | **TX** | **75621** |
|---|---|---|
| City | State | ZIP Code |

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

**Nature of lien.** Check all that apply.
☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset)

☐ **Check if this claim relates to a community debt**

Date debt was incurred  <u>October 2020</u>  Last 4 digits of account number  ___ ___ ___ ___

This secured claim is non-recourse as to the Debtor. She is not an obligor upon the promissory note which is secured by
the deed of trust in favor of this creditor. The balance due under the promissory note executed by Darioush Danaei is
$659,863.52

Add the dollar value of your entries in Column A on this page. Write
that number here:

| $0.00 |
|---|

If this is the last page of your form, add the dollar value totals from
all pages. Write that number here:

| $0.00 |
|---|

**Fill in this information to identify your case:**

Debtor 1     __Roya__ _____     __Danaei__ _____
             First Name          Middle Name          Last Name

Debtor 2
(Spouse, if filing)  First Name     Middle Name          Last Name

United States Bankruptcy Court for the: __EASTERN DISTRICT OF VIRGINIA__

Case number
(if known)   _____

☐ Check if this is an
   amended filing

Official Form 106E/F

# Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Property* (Official Form 106A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G). Do not include any creditors with partially secured claims that are listed in *Schedule D: Creditors Who Hold Claims Secured by Property*. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. On the top of any additional pages, write your name and case number (if known).

## Part 1:     List All of Your PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims against you?**

    ☑ No. Go to Part 2.
    ☐ Yes.

2.  **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If more space is needed for priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

    (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.

| | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|

**2.1**

Priority Creditor's Name                     Last 4 digits of account number   __ __ __ __

Number     Street                            **When was the debt incurred?** _____

_____            **As of the date you file, the claim is:** Check all that apply.
                                            ☐ Contingent
_____            ☐ Unliquidated
City          State     ZIP Code            ☐ Disputed

**Who incurred the debt?**   Check one.      **Type of PRIORITY unsecured claim:**
☐ Debtor 1 only                             ☐ Domestic support obligations
☐ Debtor 2 only                             ☐ Taxes and certain other debts you owe the government
☐ Debtor 1 and Debtor 2 only                ☐ Claims for death or personal injury while you were
☐ At least one of the debtors and another      intoxicated
☐ **Check if this claim is for a community debt**   ☐ Other. Specify
**Is the claim subject to offset?**
☐ No
☐ Yes

Debtor 1   **Roya Danaei**                                        Case number (if known) _____

| **Part 2:** | **List All of Your NONPRIORITY Unsecured Claims** |

3. **Do any creditors have nonpriority unsecured claims against you?**
   - ☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.
   - ☑ Yes

4. **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.**
   If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. If more space is needed for nonpriority unsecured claims, fill out the Continuation Page of Part 2.

|  | **Total claim** |
|---|---|

**4.1**

| **American Express** | | Last 4 digits of account number __ __ __ __ | **$11,354.00** |
|---|---|---|---|

Nonpriority Creditor's Name

**Box 981537**

Number        Street

When was the debt incurred? _____

| **El Paso** | **TX** | **79998** |
|---|---|---|
City         State    ZIP Code

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
  **Credit Card**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**4.2**

| **Capital One/Spark** | | Last 4 digits of account number __ __ __ __ | **$6,500.00** |
|---|---|---|---|

Nonpriority Creditor's Name

**4515 N. Santa Fe Ave.**

Number        Street

When was the debt incurred? _____

| **Oklahoma City** | **OK** | **73118** |
|---|---|---|
City              State    ZIP Code

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
  **Credit Card**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Debtor 1    **Roya Danaei**                                                 Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the
previous page.

| | **Total claim** |

### 4.3

**Macy's Credit Card**                                              $410.80
Nonpriority Creditor's Name

Last 4 digits of account number    __2__  __4__  __9__  __0__

**6716 Grade Lane Building 9**
Number        Street
**Suite 910**

When was the debt incurred?    **2015**

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Louisville              KY      40213**
City                State    ZIP Code

**Who incurred the debt?**    Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
   that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
   **Credit Card**

### 4.4

**Roxana Sasannejad**                                               $3,578.00
Nonpriority Creditor's Name

Last 4 digits of account number    ___  ___  ___  ___

**Esenler Mah, Yasar Dugo CD**
Number        Street
**55/3 Daire 113 Pendig**

When was the debt incurred?    _____

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Istanbul 34899**

City                State    ZIP Code

**Who incurred the debt?**    Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☐ No
☑ Yes

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
   that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
   **Escrow**

**Funds owed to Roxanna Sasannejad through PayPal account**

### 4.5

**Truist Bank**                                                     $30,547.91
Nonpriority Creditor's Name

Last 4 digits of account number    ___  ___  ___  ___

**214 N. Tyron St.**
Number        Street

When was the debt incurred?    _____

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Charlotte              NC      28202**
City                State    ZIP Code

**Who incurred the debt?**    Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
   that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
   **Loan**

**See CL-22-17241 pending before the Fairfax County Circuit Court.**

| Debtor 1 | **Roya Danaei** | | Case number (if known) | _____ |

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the
previous page.

| | Total claim |

**4.6** — $10,426.55

**Truist Bank**
Nonpriority Creditor's Name

_____   _____
Number        Street

_____

_____

City                State     ZIP Code

**Who incurred the debt?**   Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**   __ __ __ __

**When was the debt incurred?**   _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify   **Credit Card**

---

**4.7** — $18,095.10

**Truist Bank f/k/a Branch Banking & Trust**
Nonpriority Creditor's Name
**214 N. Tyron St.**
Number        Street

_____

**Charlotte                NC     28202**
City                State     ZIP Code

**Who incurred the debt?**   Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**GV 23 004948**

**Last 4 digits of account number**   __ __ __ __

**When was the debt incurred?**   **2013**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify   **Personal Loan**

---

**4.8** — $20,859.00

**United States Department of Education**
Nonpriority Creditor's Name

_____   _____
Number        Street

_____

_____

City                State     ZIP Code

**Who incurred the debt?**   Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**   7  5  8  1

**When was the debt incurred?**   _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [x] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [ ] Other. Specify   _____

Debtor 1    **Roya Danaei**                                              Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the
previous page.

| | Total claim |

| 4.9 |

$8,821.92

**US Small Business Administration**
Nonpriority Creditor's Name
**2 N. 20th St.**
Number      Street
**Suite 203**

**Birmingham**              **AL**    **35203**
City                       State    ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___
**When was the debt incurred?**    **May 2020**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
   that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other.  Specify
   **EIDL Loan**

**This claim is duplicative of the claim of Trust Bank [#4.___]**

Debtor 1    **Roya Danaei**                                                    Case number (if known) _____

| Part 3: | List Others to Be Notified About a Debt That You Already Listed |
|---------|----------------------------------------------------------------|

5.  Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2.
    For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original
    creditor in Parts 1 or 2, then list the collection agency here.  Similarly, if you have more than one creditor for any of the
    debts that you listed in Parts 1 or 2, list the additional creditors here.  If you do not have additional parties to be notified for
    any debts in Parts 1 or 2, do not fill out or submit this page.

**Fairfax County Circuit Court**
Name
**4110 Chain Bridge Rd.**
Number        Street
**Third Floor**

**Fairfax**              **VA**    **22030**
City              State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line __4.5__ of (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims

☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number   _7_  _2_  _4_  _1_

**Fairfax County General District**
Name
**Attn Clerk - Civil Division**
Number        Street
**4110 Chain Bridge Rd.**

**Second Floor**
**Fairfax**              **VA**    **22030**
City              State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line __4.7__ of (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims

☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number   __ __ __ __

**Glasser and Glasser**
Name
**Box 1400**
Number        Street

**Norfolk**              **VA**    **25314**
City              State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line __4.5__ of (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims

☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number   __ __ __ __

Debtor 1  **Roya Danaei** _____   Case number (if known) _____

| **Part 4:** | **Add the Amounts for Each Type of Unsecured Claim** |
|---|---|

6. Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only.
   28 U.S.C. § 159. Add the amounts for each type of unsecured claim.

|  |  |  | **Total claim** |
|---|---|---|---|
| **Total claims from Part 1** | 6a. | **Domestic support obligations** | 6a.  **$0.00** |
|  | 6b. | **Taxes and certain other debts you owe the government** | 6b.  **$0.00** |
|  | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c.  **$0.00** |
|  | 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. **+** **$0.00** |
|  | 6e. | **Total.** Add lines 6a through 6d. | 6d.  **$0.00** |

|  |  |  | **Total claim** |
|---|---|---|---|
| **Total claims from Part 2** | 6f. | **Student loans** | 6f.  **$20,859.00** |
|  | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g.  **$0.00** |
|  | 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h.  **$0.00** |
|  | 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. **+** **$89,734.28** |
|  | 6j. | **Total.** Add lines 6f through 6i. | 6j.  **$110,593.28** |

<table>
<tr><td colspan="4"><strong>Fill in this information to identify your case:</strong></td></tr>
</table>

| Debtor 1 | <u>Roya</u> | | <u>Danaei</u> |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | <u>**EASTERN DISTRICT OF VIRGINIA**</u> | | |
| Case number (if known) | | | |

☐ Check if this is an amended filing

## Official Form 106G

## Schedule G: Executory Contracts and Unexpired Leases                    **12/15**

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1. **Do you have any executory contracts or unexpired leases?**

    ☑ No. Check this box and file this form with the court with your other schedules. You have nothing else to report on this form.

    ☐ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Property* (Official Form 106A/B).

2. **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| Person or company with whom you have the contract or lease | State what the contract or lease is for |
|---|---|

**Fill in this information to identify your case:**

| | | |
|---|---|---|
| Debtor 1 | **Roya** | **Danaei** |
| | First Name        Middle Name | Last Name |
| Debtor 2 | | |
| (Spouse, if filing) | First Name        Middle Name | Last Name |

United States Bankruptcy Court for the: **EASTERN DISTRICT OF VIRGINIA**

Case number
(if known) _____

☐ Check if this is an
amended filing

Official Form 106H

## Schedule H: Your Codebtors

12/15

Codebtors are people or entities who are also liable for any debts you may have.  Be as complete and accurate as possible.  If two married people are filing together, both are equally responsible for supplying correct information.  If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left.  Attach the Additional Page to this page.  On the top of any Additional Pages, write your name and case number (if known).  Answer every question.

1. **Do you have any codebtors?**   (If you are filing a joint case, do not list either spouse as a codebtor.)
   ☐ No
   ☒ Yes

2. **Within the last 8 years, have you lived in a community property state or territory?**   *(Community property states and territories include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)*
   ☒ No.  Go to line 3.
   ☐ Yes.  Did your spouse, former spouse, or legal equivalent live with you at the time?
      ☐ No
      ☐ Yes

3. **In Column 1, list all of your codebtors.  Do not include your spouse as a codebtor if your spouse is filing with you.  List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner.  Make sure you have listed the creditor on *Schedule D* (Official Form 106D), *Schedule E/F* (Official Form 106E/F), or *Schedule G* (Official Form 106G).  Use *Schedule D, Schedule E/F, or Schedule G* to fill out Column 2.**

*Column 1:*  **Your codebtor**

*Column 2:*  **The creditor to whom you owe the debt**

Check all schedules that apply:

| 3.1 | **CraveRight LLC** | |
|---|---|---|
| | Name | |
| | **6636 Byrns Pl.** | |
| | Number        Street | |
| | _____ | |
| | **McLean**          **VA**        **22101** | |
| | City          State        ZIP Code | |

☐ Schedule D, line _____
☒ Schedule E/F, line  **4.5**
☐ Schedule G, line _____
**Truist Bank**

| 3.2 | **CraveRight LLC** | |
|---|---|---|
| | Name | |
| | **6636 Byrns Pl.** | |
| | Number        Street | |
| | _____ | |
| | **McLean**          **VA**        **22101** | |
| | City          State        ZIP Code | |

☐ Schedule D, line _____
☒ Schedule E/F, line  **4.1**
☐ Schedule G, line _____
**American Express**

| 3.3 | **CraveRight LLC** | |
|---|---|---|
| | Name | |
| | **6636 Byrns Pl.** | |
| | Number        Street | |
| | _____ | |
| | **McLean**          **VA**        **22101** | |
| | City          State        ZIP Code | |

☐ Schedule D, line _____
☒ Schedule E/F, line  **4.2**
☐ Schedule G, line _____
**Capital One/Spark**

Debtor 1    **Roya Danaei** _____      Case number (if known) _____

---

| | **Additional Page to List More Codebtors** |

*Column 1:* **Your codebtor**                          *Column 2:* **The creditor to whom you owe the debt**

Check all schedules that apply:

**3.4** | **CraveRight LLC**
Name

**6636 Byrns Pl.**
Number      Street

_____

**McLean**              **VA**      **22101**
City                    State      ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line___ **4.6**___
☐ Schedule G, line _____
**Truist Bank**

**3.5** | **CraveRight LLC**
Name

**6636 Byrns Pl.**
Number      Street

_____

**McLean**              **VA**      **22101**
City                    State      ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line___ **4.9**___
☐ Schedule G, line _____
**US Small Business Administration**

**3.6** | **Darioush Danaei**
Name

**6636 Byrns Place**
Number      Street

_____

**McLean**              **VA**      **22101**
City                    State      ZIP Code

☑ Schedule D, line___ **2.1**___
☐ Schedule E/F, line _____
☐ Schedule G, line _____
**Caliber Home Loans**

**3.7** | **Spouse Name Not Entered**
Name

_____
Number      Street

_____

_____
City                    State      ZIP Code

☑ Schedule D, line___ **2.1**___
☐ Schedule E/F, line _____
☐ Schedule G, line _____
**Caliber Home Loans**

**3.8** | **Spouse Name Not Entered**
Name

_____
Number      Street

_____

_____
City                    State      ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line___ **5.3**___
☐ Schedule G, line _____
**Glasser and Glasser**

---

**Fill in this information to identify your case:**

| | | |
|---|---|---|
| Debtor 1 | **Roya** | **Danaei** |
| | First Name    Middle Name | Last Name |
| Debtor 2 | | |
| (Spouse, if filing) | First Name    Middle Name | Last Name |
| United States Bankruptcy Court for the: | **EASTERN DISTRICT OF VIRGINIA** | |
| Case number (if known) | _____ | |

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 income as of the following date:

_____
MM / DD / YYYY

Official Form 106I

## Schedule I: Your Income

12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:    Describe Employment

**1. Fill in your employment information.**

If you have more than one job, attach a separate page with information about additional employers.

Include part-time, seasonal, or self-employed work.

Occupation may include student or homemaker, if it applies.

| | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|
| **Employment status** | ☐ Employed  ☑ Not employed | ☐ Employed  ☑ Not employed |
| **Occupation** | _____ | _____ |
| **Employer's name** | _____ | _____ |
| **Employer's address** | _____  Number  Street | _____  Number  Street |
| | _____ | _____ |
| | _____ | _____ |
| | _____  City    State  Zip Code | _____  City    State  Zip Code |
| **How long employed there?** | _____ | _____ |

### Part 2:    Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| **2.** | List monthly gross wages, salary, and commissions (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | **$0.00** | **$0.00** |
| **3.** | Estimate and list monthly overtime pay. | 3. + | **$0.00** | **$0.00** |
| **4.** | Calculate gross income. Add line 2 + line 3. | 4. | **$0.00** | **$0.00** |

Debtor 1 __**Roya Danaei**_____   Case number (if known) _____

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| Copy line 4 here ..................................................➔ | 4. | $0.00 | $0.00 |

**5. List all payroll deductions:**

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 5a. Tax, Medicare, and Social Security deductions | 5a. | $0.00 | $0.00 |
| 5b. Mandatory contributions for retirement plans | 5b. | $0.00 | $0.00 |
| 5c. Voluntary contributions for retirement plans | 5c. | $0.00 | $0.00 |
| 5d. Required repayments of retirement fund loans | 5d. | $0.00 | $0.00 |
| 5e. Insurance | 5e. | $0.00 | $0.00 |
| 5f. Domestic support obligations | 5f. | $0.00 | $0.00 |
| 5g. Union dues | 5g. | $0.00 | $0.00 |
| 5h. Other deductions. Specify: _____ | 5h. + | $0.00 | $0.00 |
| **6. Add the payroll deductions.** Add lines 5a + 5b + 5c + 5d + 5e + 5f + 5g + 5h. | 6. | $0.00 | $0.00 |
| **7. Calculate total monthly take-home pay.** Subtract line 6 from line 4. | 7. | $0.00 | $0.00 |

**8. List all other income regularly received:**

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 8a. Net income from rental property and from operating a business, profession, or farm | 8a. | $0.00 | $0.00 |
| Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | | | |
| 8b. Interest and dividends | 8b. | $0.00 | $0.00 |
| 8c. Family support payments that you, a non-filing spouse, or a dependent regularly receive | 8c. | $0.00 | $0.00 |
| Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | | | |
| 8d. Unemployment compensation | 8d. | $0.00 | $0.00 |
| 8e. Social Security | 8e. | $0.00 | $0.00 |
| 8f. Other government assistance that you regularly receive | | | |
| Include cash assistance and the value (if known) or any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: _____ | 8f. | $0.00 | $0.00 |
| 8g. Pension or retirement income | 8g. | $0.00 | $0.00 |
| 8h. Other monthly income. Specify: _____ | 8h. + | $0.00 | $0.00 |
| **9. Add all other income.** Add lines 8a + 8b + 8c + 8d + 8e + 8f + 8g + 8h. | 9. | $0.00 | $0.00 |
| **10. Calculate monthly income.** Add line 7 + line 9. Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. | $0.00 + $0.00 = | $0.00 |

**11. State all other regular contributions to the expenses that you list in Schedule J.**
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.

Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in Schedule J.

Specify: _____   11. + $0.00

**12. Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income. Write that amount on the Summary of Your Assets and Liabilities and Certain Statistical Information, if it applies.   12. $0.00
**Combined monthly income**

**13. Do you expect an increase or decrease within the year after you file this form?**
☑ No.
☐ Yes. Explain:

None.

**Fill in this information to identify your case:**

| | | |
|---|---|---|
| Debtor 1 | **Roya** _____ First Name | **Danaei** _____ Last Name |
| | First Name | Middle Name      Last Name |
| Debtor 2 (Spouse, if filing) | _____ First Name | _____ Last Name |
| | First Name | Middle Name      Last Name |
| United States Bankruptcy Court for the: | **EASTERN DISTRICT OF VIRGINIA** | |
| Case number (if known) | _____ | |

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 expenses as of the following date:

_____

MM / DD / YYYY

Official Form 106J

# Schedule J: Your Expenses                                                      12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:    Describe Your Household

**1.    Is this a joint case?**

☑ No. Go to line 2.

☐ Yes. **Does Debtor 2 live in a separate household?**

☐ No

☐ Yes. Debtor 2 must file Official Form 106J-2, Expenses for Separate Household of Debtor 2.

**2.    Do you have dependents?**

Do not list Debtor 1 and Debtor 2.

Do not state the dependents' names.

☐ No

☑ Yes. Fill out this information for each dependent.....................

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| **Daughter** | _____ | ☐ No  ☑ Yes |
| _____ | _____ | ☐ No  ☐ Yes |
| _____ | _____ | ☐ No  ☐ Yes |
| _____ | _____ | ☐ No  ☐ Yes |
| _____ | _____ | ☐ No  ☐ Yes |

**3.    Do your expenses include expenses of people other than yourself and your dependents?**

☑ No

☐ Yes

## Part 2:    Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental Schedule J, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on Schedule I: Your Income (Official Form 106I.)

**Your expenses**

| | | |
|---|---|---|
| 4.    The rental or home ownership expenses for your residence. Include first mortgage payments and any rent for the ground or lot. | 4. | _____ |
| **If not included in line 4:** | | |
| 4a.   Real estate taxes | 4a. | **$447.33** |
| 4b.   Property, homeowner's, or renter's insurance | 4b. | _____ |
| 4c.   Home maintenance, repair, and upkeep expenses | 4c. | **$100.00** |
| 4d.   Homeowner's association or condominium dues | 4d. | _____ |

Debtor 1    **Roya Danaei**                                           Case number (if known) _____

**Your expenses**

5.  **Additional mortgage payments for your residence,** such as home equity loans    5. _____

6.  **Utilities:**

    6a.  Electricity, heat, natural gas                    6a. _____ **$185.00**

    6b.  Water, sewer, garbage collection                 6b. _____ **$75.00**

    6c.  Telephone, cell phone, Internet, satellite, and    6c. _____ **$110.00**
       cable services

    6d.  Other.  Specify: _____    6d. _____

7.  **Food and housekeeping supplies**                     7. _____ **$550.00**

8.  **Childcare and children's education costs**           8. _____ **$250.00**

9.  **Clothing, laundry, and dry cleaning**                9. _____ **$125.00**

10. **Personal care products and services**                10. _____ **$50.00**

11. **Medical and dental expenses**                        11. _____ **$500.00**

12. **Transportation.**  Include gas, maintenance, bus or train    12. _____ **$115.00**
    fare.  Do not include car payments.

13. **Entertainment, clubs, recreation, newspapers,**      13. _____ **$0.00**
    **magazines, and books**

14. **Charitable contributions and religious donations**   14. _____ **$55.00**

15. **Insurance.**
    Do not include insurance deducted from your pay or included in lines 4 or 20.

    15a.  Life insurance                               15a. _____

    15b.  Health insurance                             15b. _____

    15c.  Vehicle insurance                            15c. _____ **$50.00**

    15d.  Other insurance.  Specify:  **Credit Card Payments**    15d. _____ **$200.00**

16. **Taxes.**    Do not include taxes deducted from your pay or included in lines 4 or 20.
    Specify: _____    16. _____

17. **Installment or lease payments:**

    17a.  Car payments for Vehicle 1                   17a. _____

    17b.  Car payments for Vehicle 2                   17b. _____

    17c.  Other.  Specify: _____    17c. _____

    17d.  Other.  Specify: _____    17d. _____

18. **Your payments of alimony, maintenance, and support that you did not report as**    18. _____
    **deducted from your pay on line 5, Schedule I, Your Income (Official Form 106I).**

19. **Other payments you make to support others who do not live with you.**
    Specify: _____    19. _____

20. **Other real property expenses not included in lines 4 or 5 of this form or on**
    **Schedule I: Your Income.**

    20a.  Mortgages on other property                  20a. _____

    20b.  Real estate taxes                            20b. _____

    20c.  Property, homeowner's, or renter's insurance    20c. _____ **$1.00**

    20d.  Maintenance, repair, and upkeep expenses     20d. _____ **$1.00**

    20e.  Homeowner's association or condominium dues    20e. _____ **$1.00**

Debtor 1    **Roya Danaei** _____    Case number (if known) _____

**21.  Other.**  Specify: _____    21.  **+** _____

**22.  Calculate your monthly expenses.**

22a.  Add lines 4 through 21.    22a.    **$2,815.33**

22b.  Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2.    22b.    _____

22c.  Add line 22a and 22b.  The result is your monthly expenses.    22c.    **$2,815.33**

**23.  Calculate your monthly net income.**

23a.  Copy line 12 (your combined monthly income) from Schedule I.    23a.    **$0.00**

23b.  Copy your monthly expenses from line 22c above.    23b.  **−** **$2,815.33**

23c.  Subtract your monthly expenses from your monthly income.
The result is your monthly net income.    23c.    **($2,815.33)**

**24.  Do you expect an increase or decrease in your expenses within the year after you file this form?**

For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage
payment to increase or decrease because of a modification to the terms of your mortgage?

☑  No.
☐  Yes.  Explain here:
**None.**

| Fill in this information to identify your case: | | |
|---|---|---|
| Debtor 1 | **Roya** | **Danaei** |
| | First Name      Middle Name | Last Name |
| Debtor 2 | | |
| (Spouse, if filing) | First Name      Middle Name | Last Name |
| United States Bankruptcy Court for the: | **EASTERN DISTRICT OF VIRGINIA** | |
| Case number (if known) | | |

☐ Check if this is an amended filing

Official Form 106Sum

# Summary of Your Assets and Liabilities and Certain Statistical Information

12/15

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new Summary and check the box at the top of this page.**

## Part 1:    Summarize Your Assets

**Your assets**
Value of what you own

1.   *Schedule A/B: Property* (Official Form 106A/B)

    1a.  Copy line 55, Total real estate, from Schedule A/B.................................................   $920,400.00

    1b.  Copy line 62, Total personal property, from Schedule A/B.......................................   $70,660.00

    1c.  Copy line 63, Total of all property on Schedule A/B...............................................   $991,060.00

## Part 2:    Summarize Your Liabilities

**Your liabilities**
Amount you owe

2.   *Schedule D: Creditors Who Have Claims Secured by Property*  (Official Form 106D)
    2a.  Copy the total you listed in Column A, Amount of claim, at the bottom of the last page of Part 1 of Schedule D.....   $0.00

3.   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F)
    3a.  Copy the total claims from Part 1 (priority unsecured claims) from line 6e of Schedule E/F...................................   $0.00

    3b.  Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of Schedule E/F............................  +  $110,593.28

**Your total liabilities**    $110,593.28

## Part 3:    Summarize Your Income and Expenses

4.   *Schedule I: Your Income* (Official Form 106I)
    Copy your combined monthly income from line 12 of Schedule I........................................................................   $0.00

5.   *Schedule J: Your Expenses*  (Official Form 106J)
    Copy your monthly expenses from line 22c of Schedule J................................................................................   $2,815.33

Debtor 1   **Roya Danaei** _____     Case number (if known) _____

---

## Part 4:   Answer These Questions for Administrative and Statistical Records

6.  **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

☐ No.  You have nothing to report on this part of the form.  Check this box and submit this form to the court with your other schedules.

☑ Yes

7.  **What kind of debt do you have?**

☐ **Your debts are primarily consumer debts.**  *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose."  11 U.S.C. § 101(8).  Fill out lines 8-9g for statistical purposes.  28 U.S.C. § 159.

☑ **Your debts are not primarily consumer debts.**  You have nothing to report on this part of the form.  Check this box and submit this form to the court with your other schedules.

8.  **From the *Statement of Your Current Monthly Income:*** Copy your total current monthly income from Official Form 122A-1 Line 11; **OR,** Form 122B Line 11; **OR,** Form 122C-1 Line 14.      _____

9.  **Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F:*

**Total claim**

**From Part 4 on *Schedule E/F,* copy the following:**

9a.  Domestic support obligations.  (Copy line 6a.)     _____

9b.  Taxes and certain other debts you owe the government.  (Copy line 6b.)     _____

9c.  Claims for death or personal injury while you were intoxicated.  (Copy line 6c.)     _____

9d.  Student loans.  (Copy line 6f.)     _____

9e.  Obligations arising out of a separation agreement or divorce that you did not report as priority claims.  (Copy line 6g.)     _____

9f.  Debts to pension or profit-sharing plans, and other similar debts.  (Copy line 6h.)     **+** _____

9g.  **Total.**  Add lines 9a through 9f.     _____

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Roya** | | **Danaei** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **EASTERN DISTRICT OF VIRGINIA**

Case number
(if known) _____

☐ Check if this is an
amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

**You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☑ No

☐ Yes. Name of person _____ Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

X **/s/ Roya Danaei**                          X _____
Roya Danaei, Debtor 1                          Signature of Debtor 2

Date **04/14/2023**                             Date _____
MM / DD / YYYY                                  MM / DD / YYYY

| **Fill in this information to identify your case:** | | |
|---|---|---|
| Debtor 1 | **Roya** | **Danaei** |
| | First Name      Middle Name | Last Name |
| Debtor 2 | | |
| (Spouse, if filing) | First Name      Middle Name | Last Name |
| United States Bankruptcy Court for the: **EASTERN DISTRICT OF VIRGINIA** | | |
| Case number (if known) | _____ | |

☐ Check if this is an amended filing

Official Form 107

## Statement of Financial Affairs for Individuals Filing for Bankruptcy          04/19

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:      Give Details About Your Marital Status and Where You Lived Before

1.  **What is your current marital status?**
    ☑ Married
    ☐ Not married

2.  **During the last 3 years, have you lived anywhere other than where you live now?**
    ☑ No
    ☐ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

3.  **Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?**
    *(Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)
    ☑ No
    ☐ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

## Part 2:      Explain the Sources of Your Income

4.  **Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
    Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
    If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

    ☐ No
    ☑ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | Sources of income Check all that apply. | Gross income (before deductions and exclusions | Sources of income Check all that apply. | Gross income (before deductions and exclusions |
| From January 1 of the current year until the date you filed for bankruptcy: | ☐ Wages, commissions, bonuses, tips | $0.00 | ☐ Wages, commissions, bonuses, tips | |
| | ☐ Operating a business | | ☐ Operating a business | |
| For the last calendar year: (January 1 to December 31, **2022** ) YYYY | ☑ Wages, commissions, bonuses, tips | $600.00 | ☐ Wages, commissions, bonuses, tips | |
| | ☐ Operating a business | | ☐ Operating a business | |
| For the calendar year before that: (January 1 to December 31, **2021** ) YYYY | ☐ Wages, commissions, bonuses, tips | $2,793.00 | ☐ Wages, commissions, bonuses, tips | |
| | ☑ Operating a business | | ☐ Operating a business | |

Debtor 1    **Roya Danaei**                                                    Case number (if known) _____

**5.    Did you receive any other income during this year or the two previous calendar years?**

Include income regardless of whether that income is taxable.  Examples of other income are alimony; child support; Social Security; unemployment; and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings.  If you are in a joint case and you have income that you received together, list it only once under Debtor 1.

List each source and the gross income from each source separately.  Do not include income that you listed in line 4.

☑ No

☐ Yes.  Fill in the details.

---

**Part 3:    List Certain Payments You Made Before You Filed for Bankruptcy**

**6.    Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

☑ No.    **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.**  *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $6,825* or more?

☑ No.  Go to line 7.

☐ Yes.  List below each creditor to whom you paid a total of $6,825* or more in one or more payments and the total amount you paid that creditor.  Do not include payments for domestic support obligations, such as child support and alimony.  Also, do not include payments to an attorney for this bankruptcy case.

* Subject to adjustment on 4/01/22 and every 3 years after that for cases filed on or after the date of adjustment.

☐ Yes.    **Debtor 1 or Debtor 2 or both have primarily consumer debts.**

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

☐ No.  Go to line 7.

☐ Yes.  List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor.  Do not include payments for domestic support obligations, such as child support and alimony.  Also, do not include payments to an attorney for this bankruptcy case.

**7.    Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**

*Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor.  11 U.S.C. § 101.  Include payments for domestic support obligations such as child support and alimony.

☑ No

☐ Yes.  List all payments to an insider.

**8.    Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**

Include payments on debts guaranteed or cosigned by an insider.

☑ No

☐ Yes.  List all payments that benefited an insider.

---

| Debtor 1 | **Roya Danaei** | Case number (if known) | |

| **Part 4:** | **Identify Legal Actions, Repossessions, and Foreclosures** |

9. **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
   List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

   ☐ No
   ☑ Yes.  Fill in the details.

| Case title | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| **Truist Bank, Successor in interest  by Merger to Branch Banking & Trust Company v. CraveRight LLC and Roya Sasannejad** | **Civil Action CL 22-17241** | **Fairfax County Circuit Court** <br> Court Name <br> **4110 Chain Bridge Rd.** <br> Number    Street <br> **Third Floor** | ☑ Pending <br><br> ☐ On appeal <br><br> ☐ Concluded |
| Case number _____ | | **Fairfax**              **VA**      **22030** <br> City              State    ZIP Code | |

| Case title | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| **Truist Bank f/k/a Branch Banking & Trust Company v. Roya Sasannejad** | **Civil Action** | **Fairfax County General District Court** <br> Court Name <br> **4110 Chain Bridge Rd.** <br> Number    Street <br> **Second Floor** | ☑ Pending <br><br> ☐ On appeal <br><br> ☐ Concluded |
| Case number  **GV-23-004948** | | **Fairfax**              **VA**      **22030** <br> City              State    ZIP Code | |

10. **Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
    Check all that apply and fill in the details below.

    ☑ No.  Go to line 11.
    ☐ Yes.  Fill in the information below.

11. **Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**

    ☑ No
    ☐ Yes.  Fill in the details.

12. **Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**

    ☑ No
    ☐ Yes

Debtor 1   **Roya Danaei**                                    Case number (if known) _____

| **Part 5:** | **List Certain Gifts and Contributions** |

**13. Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**

☐ No
☑ Yes. Fill in the details for each gift.

| Gifts with a total value of more than $600 per person | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|
| **Daughter and Husband**<br>Person to Whom You Gave the Gift | **Various birthday and christmas gifts presented by the Debtor and her husband to Daughter.  No one gift exceeded $125 in value. Aggregate values unknown** | _____ | _____ |
| **6636 Byrns Place**<br>Number     Street | | _____ | _____ |
| | **Various Birthday and Christmas gifts presented by the Debtor to her husband. Values unknown** | | |
| **McLean          VA     22101**<br>City                State    ZIP Code | | | |

Person's relationship to you **Daughter and Hu**

**14. Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**

☐ No
☑ Yes. Fill in the details for each gift or contribution.

| Gifts or contributions to charities that total more than $600 | Describe what you contributed | Date you contributed | Value |
|---|---|---|---|
| **McLean Bible Church**<br>Charity's Name | **Tithes of varing amounts (made together and jointly with husband).** | _____ | _____ |
| **8925 Leesburg Pike**<br>Number     Street | | _____ | _____ |
| **Vienna          VA     22182**<br>City                State    ZIP Code | | | |

| Gifts or contributions to charities that total more than $600 | Describe what you contributed | Date you contributed | Value |
|---|---|---|---|
| **Franklin Sherman Elemetary School**<br>Charity's Name | **Various gits to PTA and other fundraisers.  No gift more than $100 in any instance.** | _____ | _____ |
| **6633 Brawner St.**<br>Number     Street | | _____ | _____ |
| **McLean          VA     22101**<br>City                State    ZIP Code | | | |

Debtor 1    **Roya Danaei** _____    Case number (if known) _____

---

| **Part 6:** | **List Certain Losses** |

**15.** **Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**

☒ No
☐ Yes. Fill in the details.

---

| **Part 7:** | **List Certain Payments or Transfers** |

**16.** **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**

Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required for your bankruptcy.

☐ No
☒ Yes. Fill in the details.

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| **John P. Forest, II** | 2,850 | | |
| Person Who Was Paid | | | |
| **11350 Random Hills Rd.** | | **ebruary 10, 202** | _____ |
| Number       Street | | | |
| **Suite 700** | | _____ | _____ |
| | | | |
| **Fairfax**              **VA**      **22030** | | | |
| City                    State     ZIP Code | | | |
| **john@forestlawfirm.com** | | | |
| Email or website address | | | |

Person Who Made the Payment, if Not You

**17.** **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**

Do not include any payment or transfer that you listed on line 16.

☒ No
☐ Yes. Fill in the details.

**18.** **Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**

Include both outright transfers and transfers made as security (such as granting of a security interest or mortgage on your property). Do not include gifts and transfers that you have already listed on this statement.

☒ No
☐ Yes. Fill in the details.

**19.** **Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?**    (These are often called asset-protection devices.)

☒ No
☐ Yes. Fill in the details.

| Debtor 1 | **Roya Danaei** | Case number (if known) | |

---

## Part 8:   List Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units

20. **Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**

Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

☑ No
☐ Yes. Fill in the details.

21. **Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

☑ No
☐ Yes. Fill in the details.

22. **Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?**

☑ No
☐ Yes. Fill in the details.

---

## Part 9:   Identify Property You Hold or Control for Someone Else

23. **Do you hold or control any property that someone else owns?  Include any property you borrowed from, are storing for, or hold in trust for someone.**

☐ No
☑ Yes. Fill in the details.

| | Where is the property? | Describe the property | Value |
|---|---|---|---|
| **Roxana Sasannejad**<br>Owner's Name | | Proceeds in PayPal Account | $3,578.00 |
| **Esenler Mah, Yasar Dugo CD**<br>Number    Street | **Name of Bank linked to PayPal Acco**<br>Number    Street | | |
| **55/3 Daire 113 Pendig** | | | |
| **Instanbul, Turkey        34899**<br>City                    State   ZIP Code | City                    State   ZIP Code | | |

Debtor 1    **Roya Danaei**                                         Case number (if known) _____

## Part 10:    Give Details About Environmental Information

**For the purpose of Part 10, the following definitions apply:**

- *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substance, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.

- *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.

- *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar item.

**Report all notices, releases, and proceedings that you know about, regardless of when they occurred.**

24. **Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes. Fill in the details.

25. **Have you notified any governmental unit of any release of hazardous material?**

☑ No
☐ Yes. Fill in the details.

26. **Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

☑ No
☐ Yes. Fill in the details.

## Part 11:    Give Details About Your Business or Connections to Any Business

27. **Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?**

☐ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time
☐ A member of a limited liability company (LLC) or limited liability partnership (LLP)
☐ A partner in a partnership
☑ An officer, director, or managing executive of a corporation
☑ An owner of at least 5% of the voting or equity securities of a corporation

☐ No. None of the above applies. Go to Part 12.
☑ Yes. Check all that apply above and fill in the details below for each business.

| | | |
|---|---|---|
| **CraveRight LLC** | **Describe the nature of the business** | **Employer Identification number** |
| Business Name | Food Sales. Business inactive since | Do not include Social Security number or ITIN. |
| **6636 Byrns Pl.** | 20___ | |
| Number    Street | **Name of accountant or bookkeeper** | EIN: <u>2</u>  <u>7</u> – <u>4</u>  <u>0</u>  <u>6</u>  <u>2</u>  <u>7</u>  <u>0</u>  <u>8</u> |
| | | **Dates business existed** |
| **McLean        VA    22101** | | From ____ 2013 ____   To ____ 2023 ____ |
| City        State   ZIP Code | | |

Debtor 1    **Roya Danaei**                                          Case number (if known) _____

28.  **Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business?  Include all financial institutions, creditors, or other parties.**

☑ No
☐ Yes.  Fill in the details below.

## Part 12:    Sign Below

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that answers are true and correct.  I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both.  **18 U.S.C. §§ 152, 1341, 1519, and 3571.**

X **/s/ Roya Danaei**                                    X _____
Roya Danaei, Debtor 1                                     Signature of Debtor 2

Date    **04/14/2023**                                    Date _____

**Did you attach additional pages to *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?**

☑ No
☐ Yes

**Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?**

☑ No
☐ Yes.  Name of person _____    Attach the  *Bankruptcy Petition Preparer's Notice, Declaration, and Signature*  (Official Form 119).

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Roya** | **Danaei** | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **EASTERN DISTRICT OF VIRGINIA**

Case number
(if known) _____

☐ Check if this is an
amended filing

Official Form 108

## Statement of Intention for Individuals Filing Under Chapter 7                 12/15

If you are an individual filing under chapter 7, you must fill out this form if:

- **creditors have claims secured by your property, or**
- **you have leased personal property and the lease has not expired.**

You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for the meeting of creditors, whichever is earlier, unless the court extends the time for cause. You must also send copies to the creditors and lessors you list on the form.

If two married people are filing together in a joint case, both are equally responsible for supplying correct information. Both debtors must sign and date the form.

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known).

### Part 1:    List Your Creditors Who Hold Secured Claims

1. For any creditors that you listed in Part 1 of *Schedule D: Creditors Who Hold Claims Secured by Property* (Official Form 106D), fill in the information below.

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|
| Creditor's name: **Caliber Home Loans** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>☑ Retain the property and [explain]:<br>**Debtor will continue making payments to creditor without reaffirming.** | ☐ No<br>☐ Yes |
| Description of property securing debt: **6636 Byrns Place, McLean, VA 22102** | | |

### Part 2:    List Your Unexpired Personal Property Leases

For any unexpired personal property lease that you listed in *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G), fill in the information below. Do not list real estate leases. *Unexpired leases* are leases that are still in effect; the lease period has not yet ended. You may assume an unexpired personal property lease if the trustee does not assume it. 11 U.S.C. § 365(p)(2).

| Describe your unexpired personal property leases | Will this lease be assumed? |
|---|---|
| **None.** | |

Debtor 1    **Roya Danaei** _____    Case number (if known) _____

| | |
|---|---|
| **Part 3:** | **Sign Below** |

Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and personal property that is subject to an unexpired lease.

X **/s/ Roya Danaei** _____        X _____
Roya Danaei, Debtor 1                                     Signature of Debtor 2

Date  **04/14/2023** _____                            Date _____
    MM / DD / YYYY                                  MM / DD / YYYY

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
_____ **Division**

In re

                                         Case No.

                                         Chapter

                  Debtor(s)

**COVER SHEET FOR LIST OF CREDITORS**

        I hereby certify under penalty of perjury that the master mailing list of creditors submitted either on flash drive or by a typed hard copy in scannable format, with Request for Waiver attached, is a true, correct and complete listing to the best of my knowledge.

        I further acknowledge that (1) the accuracy and completeness in preparing the creditor listing are the shared responsibility of the debtor and the debtor's attorney, (2) the court will rely on the creditor listing for all mailings, and (3) that the various schedules and statements required by the Bankruptcy Rules are not used for mailing purposes.

        Master mailing list of creditors submitted via:

                (a)  _____   flash drive listing a total of  _____ creditors; or

                (b)  _____   scannable hard copy, with Request for Waiver attached, consisting of _____ pages, listing a total of _____ creditors

                                    _____
                                            Debtor

                                    _____
                                         Joint Debtor

Date: _____       *[Check if applicable]* _____ Creditor(s) with foreign addresses included on flash drive/hard copy.

[cscredit ver. 11/19]

American Express
Box 981537
El Paso, TX 79998

American Express
Box 96001
Los Angeles, CA 90096

Capital One/Spark
4155 N. Santa Fe. Ave.
Oklahoma City, OK 73118

Caliber Homes
Box 619063
Dallas, TX 75621

Macy's Credit Card
6716 Grade Lane Bldg. 9
Suite 910
Louisville, KY 40213

Roxana Sasannejad
Esenier Mah, Yassar Dugo CD
55/3 Daire 113 Pendig
Instanbul, Turkey 34899

Truist Bank
214 N. Tryon St.
Charlotte, NC 282202

Truist Bank
1301 Chain Bridge Rd.
McLean, VA 22101

Truist Bank
c/o Glasser & Glasser
Box 1400
Norfolk, VA 23514

Glasser & Glasser
Box 1400
Norfolk, VA 23514

Fairfax Co. Circuit Court
CL 22-17241
4110 Chain Bridge Rd., 2nd Fl.
Fairfax, VA 22030

```
Fairfax Co. General District Court
GV 23004948-00
4110 Chain Bridge Rd., 2nd Fl.
Fairfax, VA 22030

U.S. Dept. of Education
400 Maryland Ave., S.W.
Washington, DC 20202

U.S. Small Business Admin.
2 N. 2th St.
Suite 203
Birmingham, AL 35203
```

**Fill in this information to identify your case:**

Debtor 1 _____
First Name            Middle Name            Last Name

Debtor 2 _____
(Spouse, if filing)  First Name    Middle Name    Last Name

United States Bankruptcy Court for the: _____ District of _____

Case number _____
(If known)

**Check one box only as directed in this form and in Form 122A-1Supp:**

☐ 1. There is no presumption of abuse.

☐ 2. The calculation to determine if a presumption of abuse applies will be made under *Chapter 7 Means Test Calculation* (Official Form 122A–2).

☐ 3. The Means Test does not apply now because of qualified military service but it could apply later.

☐ Check if this is an amended filing

Official Form 122A—1

# Chapter 7 Statement of Your Current Monthly Income

12/19

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for being accurate. If more space is needed, attach a separate sheet to this form. Include the line number to which the additional information applies. On the top of any additional pages, write your name and case number (if known). If you believe that you are exempted from a presumption of abuse because you do not have primarily consumer debts or because of qualifying military service, complete and file *Statement of Exemption from Presumption of Abuse Under § 707(b)(2)* (Official Form 122A-1Supp) with this form.

## Part 1:    Calculate Your Current Monthly Income

1. **What is your marital and filing status?** Check one only.

   ☐ **Not married.** Fill out Column A, lines 2-11.

   ☐ **Married and your spouse is filing with you.** Fill out both Columns A and B, lines 2-11.

   ☐ **Married and your spouse is NOT filing with you.** You and your spouse are:

   ☐ **Living in the same household and are not legally separated.** Fill out both Columns A and B, lines 2-11.

   ☐ **Living separately or are legally separated.** Fill out Column A, lines 2-11; do not fill out Column B. By checking this box, you declare under penalty of perjury that you and your spouse are legally separated under nonbankruptcy law that applies or that you and your spouse are living apart for reasons that do not include evading the Means Test requirements. 11 U.S.C. § 707(b)(7)(B).

**Fill in the average monthly income that you received from all sources, derived during the 6 full months before you file this bankruptcy case.** 11 U.S.C. § 101(10A). For example, if you are filing on September 15, the 6-month period would be March 1 through August 31. If the amount of your monthly income varied during the 6 months, add the income for all 6 months and divide the total by 6. Fill in the result. Do not include any income amount more than once. For example, if both spouses own the same rental property, put the income from that property in one column only. If you have nothing to report for any line, write $0 in the space.

|  | Column A Debtor 1 | Column B Debtor 2 or non-filing spouse |
|---|---|---|
| 2. **Your gross wages, salary, tips, bonuses, overtime, and commissions** (before all payroll deductions). | $_____ | $_____ |
| 3. **Alimony and maintenance payments.** Do not include payments from a spouse if Column B is filled in. | $_____ | $_____ |
| 4. **All amounts from any source which are regularly paid for household expenses of you or your dependents, including child support.** Include regular contributions from an unmarried partner, members of your household, your dependents, parents, and roommates. Include regular contributions from a spouse only if Column B is not filled in. Do not include payments you listed on line 3. | $_____ | $_____ |

5. **Net income from operating a business, profession, or farm**

|  | Debtor 1 | Debtor 2 |  |
|---|---|---|---|
| Gross receipts (before all deductions) | $_____ | $_____ | |
| Ordinary and necessary operating expenses | – $_____ | – $_____ | |
| Net monthly income from a business, profession, or farm | $_____ | $_____ | Copy here➔ | $_____ | $_____ |

6. **Net income from rental and other real property**

|  | Debtor 1 | Debtor 2 |  |
|---|---|---|---|
| Gross receipts (before all deductions) | $_____ | $_____ | |
| Ordinary and necessary operating expenses | – $_____ | – $_____ | |
| Net monthly income from rental or other real property | $_____ | $_____ | Copy here➔ | $_____ | $_____ |

7. **Interest, dividends, and royalties** | | $_____ | $_____ |

Debtor 1 _____    Case number *(if known)*_____
       First Name     Middle Name     Last Name

|  | *Column A*<br>**Debtor 1** | *Column B*<br>**Debtor 2 or<br>non-filing spouse** |
|---|---|---|
| **8. Unemployment compensation** | $_____ | $_____ |

Do not enter the amount if you contend that the amount received was a benefit under the Social Security Act. Instead, list it here: ...............................↓

For you ..........................................................................  $_____

For your spouse ..........................................  $_____

**9. Pension or retirement income.** Do not include any amount received that was a benefit under the Social Security Act. Also, except as stated in the next sentence, do not include any compensation, pension, pay, annuity, or allowance paid by the United States Government in connection with a disability, combat-related injury or disability, or death of a member of the uniformed services. If you received any retired pay paid under chapter 61 of title 10, then include that pay only to the extent that it does not exceed the amount of retired pay to which you would otherwise be entitled if retired under any provision of title 10 other than chapter 61 of that title.

                                                             $_____       $_____

**10. Income from all other sources not listed above.** Specify the source and amount. Do not include any benefits received under the Social Security Act; payments received as a victim of a war crime, a crime against humanity, or international or domestic terrorism; or compensation, pension, pay, annuity, or allowance paid by the United States Government in connection with a disability, combat-related injury or disability, or death of a member of the uniformed services. If necessary, list other sources on a separate page and put the total below.

_____  $_____     $_____

_____  $_____     $_____

Total amounts from separate pages, if any.  + $_____  + $_____

**11. Calculate your total current monthly income.** Add lines 2 through 10 for each column. Then add the total for Column A to the total for Column B.

                        $_____  **+**  $_____  **=**  $_____
                                                               **Total current<br>monthly income**

---

| **Part 2:** | **Determine Whether the Means Test Applies to You** |
|---|---|

**12. Calculate your current monthly income for the year.** Follow these steps:

12a.  Copy your total current monthly income from line 11.................................................**Copy line 11 here**➜  $_____

       Multiply by 12 (the number of months in a year).                        **x 12**

12b.  The result is your annual income for this part of the form.          12b.  $_____

**13. Calculate the median family income that applies to you.** Follow these steps:

Fill in the state in which you live.        [          ]

Fill in the number of people in your household.      [          ]

Fill in the median family income for your state and size of household. ...........................................13.  $_____

To find a list of applicable median income amounts, go online using the link specified in the separate instructions for this form. This list may also be available at the bankruptcy clerk's office.

**14. How do the lines compare?**

14a.  ❏  Line 12b is less than or equal to line 13. On the top of page 1, check box 1, *There is no presumption of abuse*. Go to Part 3. DO NOT fill out or file Official Form 122A-2

14b.  ❏  Line 12b is more than line 13. On the top of page 1, check box 2, *The presumption of abuse is determined by Form 122A-2*. Go to Part 3 and fill out Form 122A–2.

Debtor 1 _____     Case number *(if known)*_____
      First Name     Middle Name     Last Name

| Part 3: | Sign Below |
|---------|------------|

By signing here, I declare under penalty of perjury that the information on this statement and in any attachments is true and correct.

✗ _____     ✗ _____
Signature of Debtor 1                                                    Signature of Debtor 2

Date _____                                                      Date _____
     MM / DD / YYYY                                                            MM / DD / YYYY

If you checked line 14a, do NOT fill out or file Form 122A–2.

If you checked line 14b, fill out Form 122A–2 and file it with this form.

**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

**EASTERN DISTRICT OF VIRGINIA**

Case number (if known): _____

Official Form 121

## Statement About Your Social Security Numbers

12/15

Use this form to tell the court about any Social Security or federal Individual Taxpayer Identification numbers you have used. Do not file this form as part of the public case file. This form must be submitted separately and must not be included in the court's public electronic records. Please consult local court procedures for submission requirements.

To protect your privacy, the court will not make this form available to the public. You should not include a full Social Security Number or Individual Taxpayer Identification Number on any other document filed with the court. The court will make only the last four digits of your numbers known to the public. However, the full numbers will be available to your creditors, the U.S. Trustee or bankruptcy administrator, and the trustee assigned to your case.

Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

| **Part 1:** | **Tell the Court About Yourself and Your spouse if Your Spouse is Filing With You** |
|---|---|

|  | For Debtor 1: | For Debtor 2 (Only If Spouse Is Filing): |
|---|---|---|
| **1. Your name** | **Roya** | |
| | First name | First name |
| | | |
| | Middle name | Middle name |
| | **Danaei** | |
| | Last name | Last name |

| **Part 2:** | **Tell the Court About all of Your Social Security or Federal Individual Taxpayer Identification Numbers** |
|---|---|

**2. All Social Security Numbers you have used**

2 1 8 – 5 7 – 3 2 7 2    ___ ___ ___ – ___ ___ – ___ ___ ___ ___

___ ___ ___ – ___ ___ – ___ ___ ___ ___    ___ ___ ___ – ___ ___ – ___ ___ ___ ___

☐ You do not have a Social Security number.    ☐ You do not have a Social Security number.

**3. All federal Individual Taxpayer Identification Numbers (ITIN) you have used**

9 ___ ___ – ___ ___ – ___ ___ ___ ___    9 ___ ___ – ___ ___ – ___ ___ ___ ___

9 ___ ___ – ___ ___ – ___ ___ ___ ___    9 ___ ___ – ___ ___ – ___ ___ ___ ___

☑ You do not have an ITIN.    ☐ You do not have an ITIN.

| **Part 3:** | **Sign Below** |
|---|---|

|  | Under penalty of perjury, I declare that the information I have provided in this form is true and correct. | Under penalty of perjury, I declare that the information I have provided in this form is true and correct. |
|---|---|---|
| | **X /s/ Roya Danaei** | X _____ |
| | Roya Danaei, Debtor 1 | Signature of Debtor 2 |
| | Date **04/14/2023** | Date _____ |
| | MM / DD / YYYY | MM / DD / YYYY |

Certificate Number: 15725-VAE-CC-037182944



15725-VAE-CC-037182944

# CERTIFICATE OF COUNSELING

I CERTIFY that on <u>February 14, 2023</u>, at <u>2:28</u> o'clock <u>PM EST</u>, <u>Roya Danaei</u> received from <u>001 Debtorcc, Inc.</u>, an agency approved pursuant to 11 U.S.C. 111 to provide credit counseling in the <u>Eastern District of Virginia</u>, an individual [or group] briefing that complied with the provisions of 11 U.S.C. 109(h) and 111.

A debt repayment plan <u>was not prepared</u>. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted <u>by internet</u>.

Date: <u>February 14, 2023</u>          By:     <u>/s/Miguel Cerra</u>

Name: <u>Miguel Cerra</u>

Title: <u>Counselor</u>

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C. 109(h) and 521(b).